IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATLANTIC DIVING SUPPLY, INC., d/b/a ADS, Inc. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 1:19-cv-00508 |
| ) | |
| ADS FEDERAL, INC. ) | |
| ) | |
| **Defendant.** ) | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Atlantic Diving Supply, Inc. ("ADS") (a private non-governmental party), certifies that ADS, a Virginia corporation, is a fully owned subsidiary of ADS Tactical, Inc., a Delaware corporation. ADS further certifies that there are no corporate parents, affiliates, and/or subsidiaries of ADS that are publicly held, and there is no publicly held entity that owns ten percent or more of ADS's stock.

ATLANTIC DIVING SUPPLY, INC.

By: */s/ Scott Miller*
Scott C. Miller (VSB # 77088)
smiller@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660

*Counsel for Atlantic Diving Supply, Inc.*