IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ATLANTIC DIVING SUPPLY, INC., d/b/a ADS, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:19-cv-00508 |
| ) | |
| ADS FEDERAL, INC. ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF PROOF OF SERVICE

Scott C. Miller, being first duly sworn, deposes and says:

1. I am a citizen and resident of the Commonwealth of Virginia, am above the age of twenty-one (21) years, and am not subject to any legal disabilities. I make the following statements on my own personal knowledge. I am a partner with the law firm representing Plaintiff Atlantic Diving Supply, Inc. in the above-captioned matter;

2. On April 29, 2019, copies of the Civil Summons and Complaint in the above-captioned action were delivered via United States Certified Mail to the address set forth below pursuant to Fed. R. Civ. P. 4(h)(1)(B):

   ADS Federal, Inc.
   4445 Corporation Lane, Suite 259
   Virginia Beach, VA 23462

3. The address set forth above is the Registered Agent/Registered Office address for Defendant ADS Federal, Inc. as listed with the Virginia State Corporation Commission (see **Exhibit A**);

4. The envelope containing copies of the Civil Summons and Complaint was delivered to the address set forth in paragraph 2 on April 29, 2019, as evidenced by the United States

Postal Service Certified Mail Receipt and Tracking confirmation, attached hereto as **Exhibit B**.

Further, the affiant sayeth not.

Dated: May 2, 2019

ATLANTIC DIVING SUPPLY, INC.

By: _____
Scott C. Miller (VSB # 77088)
smiller@williamsmullen.com
Robert C. Van Arnam, *Pro Hac Vice*
rvanarnam@williamsmullen.com
WILLIAMS MULLEN
999 Waterside Drive, Suite 1700
Norfolk, Virginia 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660

*Counsel for Atlantic Diving Supply, Inc.*

Sworn to and subscribed before me
this the __2__ day of May, 2019.

_____
Notary Public

Jean M. Sparrow
Printed

My Commission Expires: __2/28/21__

(Notarial stamp or seal)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

Dated:  May 2, 2019

By: */s/ Scott C. Miller*
Scott C. Miller
*Counsel for Atlantic Diving Supply, Inc.*